IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-00691-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAUREEN MCOUAT, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause being shown upon the United States' Motion to Exempt this Case from Mediation, Eliminate the Requirement to Select a Mediator within 21 Days, and For a Modified Scheduling Order Reflecting Same,

IT IS HEREBY ORDERED that the United States' motion is GRANTED. This case is exempted from mediation, and the requirement to select a mediator within 21 days of the Court's Scheduling Order is eliminated. Except as set forth in this Order, the Court's Scheduling Order of September 26, 2016, (D.E. 8), remains in effect.

Dated: February 24, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge