IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-691-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| v. | |
| MAUREEN DENISE MCOUAT | |

BEFORE THE COURT for consideration is the consent motion by the parties to the above-captioned action, to stay discovery and all deadlines, including discovery and dispositive motions deadlines, while the Defendant's Motion to Dismiss [D.E. 21] and Motion for a Directed Reference to Bankruptcy Court [D.E. 23] are pending. For good cause shown and with the consent of both parties, the parties' request is hereby GRANTED.

It is therefore ORDERED that the discovery in this case is hereby stayed pending the Court's ruling on Defendant's motions. It is further ORDERED that the deadlines in this case, including the discovery and dispositive motions deadlines, are likewise stayed. The parties shall submit a proposed scheduling order within 30 days of the Court's ruling on Defendant's motions.

Dated: August 1, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge