IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-00691-BR

United States of America,

        Plaintiff,

v.

Maureen Denise McOuat,

        Defendant.

**Scheduling Order**

This matter comes before the court for consideration of the consent motion by the parties to stay discovery and all deadlines, including discovery and dispositive motions deadlines, while the parties draft and implement a settlement agreement in this matter.

For good cause shown and with the consent of both parties, the parties' request is hereby GRANTED.

It is therefore ORDERED that the discovery in this case is hereby stayed for a period of 90 days pending the submission of the settlement agreement in this matter. It is further ORDERED that the deadlines in this case, including the discovery and dispositive motions deadlines, are likewise stayed for the same period.

Dated: May 11, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge