UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-00691-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CONSENT ORDER FOR |
| vs. ) | ENTRY OF JUDGMENT |
| ) | |
| MAUREEN DENISE MCOUAT, ) | |
| Defendant. ) | |

By consent of the parties and pursuant to the terms of their settlement agreement, it is ORDERED that Plaintiff have and recover from Defendant penalties in the sum of $32,000.00. The Parties stipulate and agree that Defendant is without the ability to pay judgment interest, and therefore reasonable efforts to collect this judgment interest would likely be ineffective. Therefore, the Plaintiff United States waives judgment interest pursuant to 18 U.S.C.A. § 3612. This judgment shall bear no interest.

The Clerk of the United States District Court is DIRECTED to prepare and enter judgment in this case as Ordered above.

Upon entry of this Order and the judgment, the Clerk of Court is DIRECTED to close this case.

This the 14 day of August, 2018.

_____
W. EARL BRITT
Senior U.S. District Court Judge

CONSENTED TO:

                                              ROBERT J. HIGDON, JR.
                                              United States Attorney

Date: 8/10/2018               By: _____
                                              RUDY E. RENFER
                                              Assistant United States Attorney
                                              Civil Division
                                              310 New Bern Avenue
                                              Suite 800, Federal Building
                                              Raleigh, NC 27601-1461
                                              Telephone: (919) 856-4047
                                              E-mail: rudy.e.renfer@usdoj.gov
                                              NC Bar # 23513
                                              Attorney for Plaintiff

Date: 8/10/2018               By: _____
                                              MAUREEN DENISE MCOUAT
                                              Defendant

Date: 8/10/2018               By: _____
                                              ELISA CYRE SALMON
                                              The Salmon Law Firm, LLP
                                              P. O. Box 185
                                              Lillington, NC 27546
                                              910-984-1012
                                              Fax: 9108934608
                                              Email: esalmon@salmonfirm.com
                                              NC Bar # 35242
                                              Attorney for Defendant