UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:16-CV-691-BR** |
| ) | |
| ) | |
| MAUREEN DENISE MCOUAT, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff have and recover from Defendant penalties in the sum of $32,000.00. The Parties stipulate and agree that Defendant is without the ability to pay judgment interest, and therefore reasonable efforts to collect this judgment interest would likely be ineffective. Therefore, the Plaintiff United States waives judgment interest pursuant to 18 U.S.C.A. § 3612. This judgment shall bear no interest.

**This Judgment Filed and Entered on August 14, 2018, and Copies To:**

| | |
|---|---|
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |
| Elisa Cyre Salmon | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

August 14, 2018     (By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　Deputy Clerk